## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Bake-Line Group, LLC, | ) | Case No. 04-10104 (MFW) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Atlantic Baking Group, Inc., | ) | Case No. 04-10105 (MFW) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| J.A. Real Properties, LLC, | ) | Case No. 04-10106 (MFW) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Bake-Line Holdings, LLC, | ) | Case No. 04-10107 (MFW) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the attorneys listed below hereby appear as counsel for GSC Partners CDO Fund, Limited; GSC Partners CDO Fund II, Limited; and GSC Partners CDO Fund III, Limited. Pursuant to, inter alia, Rules 2002(i), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, request is hereby made that all notices given or required to be given, and all papers served or required to be served in these cases be given to and served upon the following attorneys at the firms identified below:

756382v1
SSL-DOCS1 1422807v1

      William P. Bowden, Esquire
      Ashby & Geddes
      222 Delaware Avenue
      P.O. Box 1150
      Wilmington, Delaware 19899
      Telephone: (302) 654-1888
      Facsimile: (302) 654-1067

      - And -

      Gerald C. Bender, Esquire
      Anna M. Taruschio, Esquire
      Stroock & Stroock & Lavan LLP
      180 Maiden Lane
      New York, NY 10038-4982
      (212) 806-5400

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery,

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

telephone, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtors or property of the above-captioned Debtors.

Dated: February 27, 2004

ASHBY & GEDDES

William P. Bowden (#2553)
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-1067

- And -

STROOCK & STROOCK & LAVAN LLP
Gerald C. Bender
A Member of the Firm
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Attorneys for:
GSC Partners CDO Fund, Limited
GSC Partners CDO Fund II, Limited and
GSC Partners CDO Fund III, Limited

139206.1

756382v1
SSL-DOCS1 1422807v1

## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on February 27, 2004, I caused one copy of the foregoing to be served upon the parties on the attached lists by first class United States mail, postage prepaid, unless otherwise indicated.

_____
William P. Bowden

**Bake-Line 2002 Service List**
139226.1

**HAND DELIVERY**
Office of the U.S. Trustee
Mark Kenney, Esquire
844 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
Montague S. Claybrook
Navigant Consulting, inc.
919 Market Street, Suite 550
Wilmington, DE 19899-1310

James I. Stang, Esquire
David M. Bertenthal, Esquire
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

W. Brian Raftery, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

David T. Cohen, Esquire
Emily S. Chou, Esquire
1700 City Center Tower II
301 Commerce Street
Forth Worth, TX 76102

Robert F. Wall, Esquire
Winston & Strawn
35 W. Wacker St.
Chicago, IL 60601

Mennel Milling Company
P.O. Box 802294
Kansas City, MO 64180-2294

Packaging Corporation of Americ
P.O. Box 532058
Atlanta, GA 30353-2058

Cargill Refined Oil
862 W. Ridge Road
Gainesville, GA 30501

**HAND DELIVERY**
Laura Davis Jones, Esquire
Christopher J. Lhulier, Esquire
Pachulski Stang Ziehl Young Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**HAND DELIVERY**
Jeremy W. Ryan, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**HAND DELIVERY**
Kevin Gross, Esquire
Herbert W. Mondros, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Gerald C. Bender, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Christopher Chirichella
44 Old Ridgebury Road
Danbury, CT 06810

S. James Wallace, Esquire
Griffith McCague & Fernsler PC
Suite 3626, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Gerald C. Bender, Esq.
Stroock Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Rock-Tenn Co.
P.O. Box 102064
Atlanta, GA 30368-0064

Ridc
425 Sixth Avenue, Suite 500
Pittsburgh, PA 15219-1822

J. Polli, Inc.
2601 Jane Street
Pittsburgh, PA 15203

**HAND DELIVERY**
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**HAND DELIVERY**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
Wilmington, DE 19899

**HAND DELIVERY**
Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards Layton & Finger, P.a.
One Rodney Square
Wilmington, DE 19899

Caraustar
P.O. Box 70137
Chicago, IL 60673-0137

David Write, Esquire
Michael Jones, Esquire
Winston & Strawn, LLP
35 Wet Wacker Drive
Chicago, IL 60601

Keebler
Attn: Law Department
677 Larch Avenue
Elmhurst, IL 60126

s Company
73451 Network Pl.
Chicago, IL 60673-1734

Bc&T Intl Hlth & Pen Fund 9674a
10401 Connecticut Ave.
Kensington, MD 20895-3960

Pliant Corporation
P.O. Box 932415
Atlanta, GA 31193-2415

Ugi Energy Services, nc.
P.O. Box 827032
Philadelphia, PA 19182

American Equipment Leasing  
P.O. Box 9592  
Uniondale, NY 11555-9592

Am Gard, Inc.  
P.O. Box 400027  
Pittsburgh, PA 15268-027

Lumber & Things  
11 Ashfield St.  
Piedmont, WV 26750

Central Pension Fund 8514-050  
Department 76  
Washington, DC 20055-0076

Unifirst Corporation  
1150 Second Avenue  
New Kensington, PA 15068

Spartan Warehouse  
P.O. Box 9038  
Toledo, OH 43697-9038

Yale  
P.O. Box 400231  
Pittsburgh, PA 15268-0231

Intl Union of Operating Engin. Loc. 9  
300 Saline St.  
Pittsburgh, PA 15207

North Side Bank Loan #19911072  
100 Federal Street  
Pittsburgh, PA 15212

Ross Maintenance Products Company  
1620 Homestead Road  
Verona, PA 15147

Smurfit-Stone Container  
P.O. Box 730707  
Dallas, TX 75373-0707

Ann Christopher, Esquire  
General Counsel  
Kenco Group, Inc.  
520 Wet 31st Street  
Chattanooga, TN 37410

Archer Daniels Midland Co.  
P.O. box 92572  
Chicago, IL 60675-2572

Amalgamated Sugar Co (The)  
P.O. Box 1520  
Attn: Ed Speer  
Ogden, UT 84402

Indiana Sugars Inc.  
5918 Collections Center Drive  
Chicago, IL 60693

Rock-Tenn Co.  
P.O. Box 102064  
Atlanta, GA 30368-0064

Cargill Ref. Oils  
P.O. Box 98220  
Chicago, IL 60693-8220

Millennium Pkg. Solutions  
1310 East 13th Street  
Chattanooga, TN 37404

Blommer Chocolate Company  
Bin 175  
Milwaukee, WI 53288-0175

Kenco Logistic Services  
P.O. Box 1607  
Chattanooga, TN 37401

Reynolds Food Packaging  
5857 Collection Center Drive  
Chicago, IL 60693

Dayman Worldwide Inc.  
P.O. Box 9661  
Uniondale, NY 11555-9661

Hain Celestial Group Inc.  
P.O. Box 32028  
Hartford, CT 06150-2028

Richland Organics, Inc.  
100 North 10th Street  
Breckenridge, MN 56520

Cello-Wrap Printing Company, Inc.  
P.O. Box 32  
Farmersville, TX 75442

Yomo Consulting, LLC  
48 Spring Lane  
Farmington, CT 60304

Roquette America Inc.  
Dept. 77-2905  
Chicago, IL 60678

J.A. Real Properties, LLC  
17 West 220 22nd Street  
Oakbrook Terrace, IL 60181

Atlantic Baking Group, Inc.  
6425 Penn Avenue  
Pittsburgh, PA 15206

Bake-Line Holdings, LLC  
17 West 2020 22nd Street  
Oakbrook Terrace, IL 60181

Bake-Line Group, LLC
17 West 220 22nd Street
Oakbrook Terrace, IL 60181

S. Margie Venus, Esquire
Matthew S. Okin, Esquire
Akin Gump Strauss Hauer & Feld LLP
1900 Pennzoil Place – South Tower
711 Louisiana
Houston, TX 78770