**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAKE-LINE GROUP, LLC, *et al.* [1] | Case No. 04-10104 (CSS) |
| Debtors. | **Re: Docket No. 674** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER APPROVING**
**APPLICATION FOR FINAL FEES OF ASK FINANCIAL AS SPECIAL**
**COUNSEL TO ANALYZE AND LITIGATE PREFERENCE**
**CLAIMS FOR CHAPTER 7 TRUSTEE, MONTAGUE S. CLAYBROOK**

I, David M. Klauder, Esquire, of Bielli & Klauder, LLC, counsel to the Chapter 7 Trustee George L. Miller (the "Trustee") for the bankruptcy estates of Bake-Line Group, LLC, *et al.* (the "Debtors"), hereby certify the following:

On June 17, 2011 ASK Financial LLP (nka ASK LLP) ("ASK") filed its *Final Application for Compensation of ASK Financial, LLP as Special Counsel to Analyze and Litigate Preference Claims for the period April 12, 2004 to May 31, 2011 Filed by ASK Financial, LLP* ("Final Application") (Docket No. 674).

Upon the Trustee's review of the Final Application, the Trustee became aware of an arithmetic discrepancy to ASK contingency fees. ASK subsequently reviewed the same and found the Final Application to include an administrative error in the total amount of contingency fees received. Accordingly, ASK has prepared an amended revised order attached hereto as Exhibit 1 with the corrected contingency fee amount. It is hereby respectfully requested that the revised order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Date:  September 3, 2020

/s/ David M. Klauder
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE  19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of Bake-Line Group, LLC and Atlantic Baking Group, Inc*