# JM Investment Trust
# 6800 Paragon Place   Suite 202
# Richmond, VA  23230-1656

Phone   804-285-0807
Fax     804-452-7492

Email JMarshall@JMPartnersLLC.com

October 26, 2020

United States Bankruptcy Court
Office of the Clerk
824 Market ST N 3rd Floor
Wilmington, DE 19801

    RE:    *JMIT File # 7DE-5001 Bake-Line*

Gentlemen –

Please find enclosed a Notice of Transfer of Claim – **and the required $25.00 fee for same** - relating to:

| | |
|---|---|
| **Case Number** | **04-10104** |
| **Debtor** | **Bake-Line Group, LLC.** |
| **Creditor / Claimant** | **JM Investment Trust** *as Assignee* |
| **Amount** | **$ 6923.08** |

With respect to Notice of this action: *I hereby certify that a true and correct copy of the Notice of Transfer of Claim was provided on the date first referenced above,* via postage prepaid first class US Mail to the following parties of interest:

*Transferor:*
James T. Segler
US Highway 77
Marietta OK 73448

*Trustee:*
George L. Miller
1628 John F. Kennedy Blvd.  Suite 950
Philadelphia, PA 19103-2110

Very truly yours,

John Marshall
Trustee of JM Investment Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---

In re: **Bake-Line Group, LLC**                    Case # **04-10104**
　　　　Debtor                                               Chapter **7**

---

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO
### F.R.B.P. RULE 3001 (E) (2)

*Transferor:*
James T. Segler
US Highway 77
Marietta OK 73448
Phone 580-276-6447

*Transferee:*
JM Investment Trust
ATTN: John Marshall / Trustee
6800 Paragon Place Suite 202
Richmond, VA 23230-1656
Phone: 804-285-0807

*The claim as filed in the amount of* **$ 6923.08** *against the Debtor has been transferred.*

No action is required if you do not object to the Transfer of the claim. However, IF YOU OBJECT TO THE TRANSFER OF THE CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    **United States Bankruptcy Court**
    **Office of the Clerk**
    **824 Market ST N 3rd Floor**
    **Wilmington, DE 19801**

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

If you filed an objection, a hearing will be scheduled. If your objection is not timely filed, then the Transferee will be substituted as the Claimant.

_____          _____
James T. Segler                                              John Marshall / Trustee
For: Transferor                                             JM Investment Trust / Transferee

**FOR CLERKS OFFICE USE ONLY:**

**This notice was mailed to the first party by first class postage prepaid mail on:** _____
　　Copy: (check) Claims Agent _____ Transferee _____ Debtor's Attorney _____

_____
**Clerk**

FORM B10 (Official Form 10)(04/04)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Bake-Line Group, LLC | Case Number<br>04-10104 - MFW | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
JAMES SEGLER

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

JAMES SEGLER
ROUTE 2 BOX 311
MARIETTA, OK 73448-9642

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Telephone Number: 1-580-276-5179

Account or other number by which creditor identifies debtor:
TAXPAYER ID # 04-3641930

Check here if ☐ replaces ☐ amends    a previously filed claim, dated:_____
this claim

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: 5019
Unpaid compensation for services performed
from 03-11-03 to 1-11-04
(date) (date)

**2. Date debt was incurred:** 01-11-04

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 6923.08     $6923.08
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☒ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 08-31-04    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
James T. Segler (Plant Manager)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

002081

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: **Bake-Line Group, LLC**  
Debtor

Case # **04-10104**  
Chapter **7**

## AFFIDAVIT AND IDENTIFICATION OF CREDITOR / SELLER'S AUTHORIZED REPRESENTATIVE

I, **James T. Segler, acting in my individual capacity ("Creditor")**, am the Creditor or the Authorized Representative for the Creditor, and declare as follows:

1) Creditor is the original filer of a claim in this case which is noted on the clerk's register of claims. Evidence of these facts is included herewith.

2) Creditor has knowingly and consciously decided to sell and assign any and all interest in such Claim to **JM Investment Trust ("Buyer")**. Creditor hereby grants all interest in such claim and any funds that might ultimately be generated by same to Buyer, and agrees to provide any further court required supporting evidence, or execute any other required forms that confirm this fact and/or are necessary for the full transfer of such interest.

3) Creditor has not previously sold their Claim or rights to same to any other party, and is still the owner of the claim, is entitled to payment, and is selling all such rights and entitlement solely to Buyer.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Name of Creditor: **James T. Segler**

Signature – **James T. Segler**

Sworn to and Subscribe before me on this 19th day of October, 2020

Notary Public

State OKla   City/County Love

My Commission Expires: 09/04/2023

STAMP

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

# 92996        - CH
October 29, 2020
10:39:14

TRANS. OF CLAIMS
04-10104-CSS7
Debtor.: BAKE-LINE GROUP, LLC
Amount..:
Check#..: 26416218767        $25.00 CH

Total-> $25.00

FROM: JM INVESTMENT TRUST