**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| Bake-Line Group, LLC | CASE NO. 04-10104 (CSS) |
| Debtor(s) | CHAPTER 7 |
| | Objection Deadline: March 15, 2021 at 4:00 p.m. |
| | Hearing Date: April 14, 2021 at 10:45 a.m. |

## MOTION TO DEPOSIT DI MINIMIS FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010, the Trustee in the above-captioned case hereby submits this Motion for permission to turn over to the Clerk of the Bankruptcy Court dividends of less than $5.00 in the above-captioned estate. Below is a listing of the claimants entitled to said dividends, which total $151.61:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 17 | Comdata Network<br>5301 Maryland Way<br>Brentwood, TN 37027 | 234.47 | 4.26 |
| 298 | Alabama Power Company<br>PO Box 124655<br>Birmingham, AL 35202-2465 | 103.42 | 1.88 |
| 300 | Simplex Grinnell<br>100 Simplex Dr<br>Westminster, MA 01441 | 230.00 | 4.18 |
| 333 | Allied Electronics<br>PO Box 2325<br>Ft. Worth, TX 76113 | 261.22 | 4.74 |
| 340 | Custom Canvas Awning<br>4017 Bennett Rd.<br>Chattanooga, TN 37412 | 120.00 | 2.18 |

| | | | |
|---|---|---|---|
| 362 | Associated Controls Inc.<br>915 Montgomery Ave.<br>Narberth, PA 19072 | 178.91 | 3.25 |
| 383 | Attorney John. W. Fink<br>PO Box 55126<br>Little Rock, AR 72215 | 182.15 | 3.31 |
| 388 | Muller-Pinehurst Dairy Inc.<br>PO Box 299<br>Rockford, IL 61105-0299 | 126.00 | 2.29 |
| 392 | Zarma International, Ltd.<br>908 S. Main St.<br>Boerne, TX 78006 | 250.00 | 4.54 |
| 397 | Adman Electric Inc.<br>PO Box 72655<br>Chattanooga, TN 37407 | 187.50 | 3.41 |
| 420 | Southwest Paper – OKC<br>PO Box 21270<br>Wichita, KS 67208-7270 | 272.01 | 4.94 |
| 424 | Patrick Glass Company<br>400 Clark St.<br>South Beloit, IL 61080 | 148.55 | 2.70 |
| 440 | Action Plumbing<br>105 E. Newberry Street<br>Chattanooga, TN 37415 | 172.50 | 3.13 |
| 473 | Watkins Motor Lines Inc.<br>PO Box 95001<br>Lakeland, FL 33804-5001 | 102.80 | 1.87 |
| 475 | Republic Parking<br>611 Chestnut Street Suite # 150<br>Chattanooga, TN 37450 | 132.00 | 2.40 |
| 492 | Amerigas<br>241-A Signal Mtn. Rd.<br>Chattanooga, TN 37405 | 133.49 | 2.42 |
| 507 | George L. Jones<br>11598 Ironwood Rd.<br>Marietta, OK 73448 | 350.00 | 4.34 |

| | | | |
|---|---|---|---|
| 517 | Natural State Glass<br>6114 Mabelvale Pike<br>Little Rock, AR 72209 | 200.00 | 3.63 |
| 523 | North Hills Florist<br>7311 North Hills Blvd.<br>Sherwood, AR 72116 | 223.55 | 4.06 |
| 548 | Steiner Electric<br>1250 Touhy Avenue<br>Elk Grove Village, IL 60007 | 151.94 | 2.76 |
| 564 | Kings Sanitation Service<br>PO Box 687<br>Hixson, TN 37343 | 126.00 | 2.29 |
| 573 | Mark K. Inc.<br>PO Box 907<br>Findlay, OH 45839 | 164.11 | 2.98 |
| 582 | Metropolitan Fire Extinguisher<br>5120 West 65th St.<br>Little Rock, AR 72209 | 167.22 | 3.04 |
| 599 | Hinckley Spring Water Co.<br>PO Box 1888<br>Bedford Park, IL 60499-1888 | 136.82 | 2.48 |
| 602 | Rite-Weld Supply Inc.<br>PO Box 1597<br>Gainesville, TX 76241-1597 | 31.50 | 0.57 |
| 625 | Inspec Tech<br>PO Box 128<br>Valley Head, AL 35989 | 273.94 | 4.98 |
| 653 | Parker Sales & Service, Inc.<br>69 Parker Lane<br>Sparta, NC 28675 | 196.47 | 3.57 |
| 672 | Specialized Electronics<br>10890 Alder Circle<br>Dallas, TX 75238 | 260.00 | 4.72 |
| 682 | Fiusche Enterprises Inc.<br>PO Box 207<br>Muenster, TX 76252 | 270.43 | 4.91 |

| | | | |
|---|---|---|---|
| 722 | Tax-Air<br>5975 S. Howell Ave.<br>PO Box 070911<br>Milwaukee, WI 53207 | 102.87 | 1.87 |
| 729 | Hi Speed Hoist<br>710 N. Maple St.<br>North Little Rock, AR 72114 | 252.11 | 4.58 |
| 765 | A-1 Glove & Trucking<br>PO Box 869<br>Oolteway, TN 37363-0869 | 235.25 | 4.27 |
| 829 | I. B. T., Inc.<br>PO Box 2982<br>Shawnee Mission, KS 66201 | 38.34 | 0.70 |
| 851 | Aaron H. Gold<br>756 Spring Willow Bay<br>Palatine, IL 60067 | 275.00 | 3.41 |
| 934 | Deibel Laboratories<br>PO Box 1056<br>Osprey, FL 34229-1056 | 40.00 | 0.73 |
| 988 | John Gill<br>1908 Mockingbird Rd.<br>Ardmore, OK 73401 | 197.36 | 2.45 |
| 1002 | Add – Vantage Casters<br>64 Nance Lane<br>Nashville, TN 37210 | 45.32 | 0.82 |
| 1008 | Sloan Fluid Accessories, Inc.<br>312 Wilhagan Rd.<br>Nashville, TN 37214 | 237.98 | 4.32 |
| 1062 | Yates Wrecker<br>2306 E. 23rd Street<br>Chattanooga, TN 37407 | 120.18 | 2.18 |
| 1183 | Jo Ann Smith<br>809 East 16th Street<br>North Little Rock, AR 72114 | 359.23 | 4.46 |
| 1219 | Parts Associates, Inc.<br>12420 Plaza Drive<br>Cleveland, OH 44130 | 133.89 | 2.43 |

| | | | |
|---|---|---|---|
| 1221 | Quality Petroleum, Inc.<br>PO Box 15175<br>Little Rock, AR 72231-5175 | 239.52 | 4.35 |
| 1227 | Loma Systems, Inc.<br>21539 Network Place<br>Chicago, IL 60673-1215 | 241.50 | 4.39 |
| 1276 | Cortney P. Keasler<br>8333 Middle Valley Rd.<br>Hixson, TN 37343 | 187.64 | 2.33 |
| 1284 | Kathryn A. Cordell<br>3610 5th Avenue<br>Chattanooga, TN 37407 | 84.64 | 0.50 |
| 1332 | Beverly Marris<br>PO Box 635<br>Madill, OK 73446 | 200.00 | 2.48 |
| 1340 | Arbuckle Supply Co.<br>PO Box 937<br>Ardmore, OK 73401 | 255.56 | 4.64 |
| 1394 | Kenneth Jackson<br>8701 Interstate 30, Apt. 65<br>Little Rock, AR 72209 | 250.00 | 3.10 |
| 1408 | Refrigeration & Electric<br>PO Box 1720<br>Little Rock, AR 72203 | 97.63 | 1.77 |

**Total di minimis Dividends         $151.61**

The total of $151.61 represents dividend checks of less than $5.00 for which the Trustee requests permission to pay into the Court Registry.

**WHEREFORE**, the Trustee respectfully requests that this Court permit the Estate's funds of $151.61 be paid to the Clerk for deposit into the Registry.

Dated: February 18, 2021 　　　　　　　　　　　　*/s/ George L. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　George L. Miller, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　1628 John F. Kennedy Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　Suite 950
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103

　　　　　　　　　　　　　　　　　　　　　　　　Tele:  (215) 561-0950
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (215) 561-0330