**EXHIBIT "D"**
**UNRESPONSIVE**

| CLAIM # | NAME & ADDRESS OF CLAIMANT | CLAIM AMOUNT | DIVIDEND AMOUNT | OTHER KNOWN ADDRESS |
|---|---|---|---|---|
| 62 | COFACE NORTH AMERICA<br>50 Millstone Rd Bldg 100360<br>East Windsor NJ 08520 | 410,486.58 | 7,454.90 | 650 College Rd East<br>Suite 2005<br>Princeton, NJ 08540 |
| 283 | GSC Partners CDO Fund LP, II<br>Attn: Gerald C. Bender, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | 20,702,152.78 | 375,974.48 | UNRESPONSIVE ; COUNSEL INSTRUCTED TO AMEND CLAIMS; HAS BEEN UNRESPONSIVE |
| 287 | GSC Partners CDO Fund LP<br>Attn: Gerald C. Bender, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | 20,702,152.78 | 375,974.48 | UNRESPONSIVE ; COUNSEL INSTRUCTED TO AMEND CLAIMS; HAS BEEN UNRESPONSIVE |
| 290 | GSC Partners CDO Fund LP III<br>Attn: Gerald C. Bender, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | 15,526,614.58 | 281,980.86 | UNRESPONSIVE ; COUNSEL INSTRUCTED TO AMEND CLAIMS; HAS BEEN UNRESPONSIVE |
| 305 | CERIDIAN CORPORATION<br>BANKRUPTCY PROCESSING<br>9150 SOUTH HILLS BLVD 100<br>BROADVIEW HTS OH 44147 | 1,597.84 | 29.02 | 9100 S Hills Blvd Ste 280<br>Broadview Heights, OH, 44147-3516 |
| 307 | HILLCREST ANESTHESIA<br>PO BOX 678229<br>DALLAS TX 75267 | 480.00 | 8.72 | 12890 HILLCREST RD STE 203, DALLAS, TX, 75230 |
| 329 | STANDARD TOOL & DIE<br>4027-A S ACCESS RD<br>CHATTANOOGA TN 37406 | 507.50 | 9.22 | |
| 332 | IGA, INC<br>8725 W HIGGINS RD<br>CHICAGO IL 60631 | 11,500.00 | 208.85 | 8745 W Higgins Rd #350, Chicago, IL 60631 |
| 339 | DIXIE INDUSTRIAL SERVICE INC<br>2108 E MAIN ST<br>CHATTANOOGA TN 37404-0645 | 902.89 | 16.40 | |
| 346 | BILLY D COX LEASING<br>PO BOX 541235<br>DALLAS TX 75354 | 18,235.66 | 331.18 | 10606 Goodnight Lane<br>Dallas TX 75220 |
| 474 | FISHER & PHILLIPS LLP<br>945 E PACES FERRY RD<br>ATLANTA GA 30326 | 589.80 | 10.71 | 1075 Peachtree St NE # 3500, Atlanta, GA 30309 |
| 580 | AWC PAINT CENTER<br>PO BOX 4147<br>BATON ROUGE LA 70821 | 326.50 | 5.93 | 11050 Airline Hwy<br>Baton Rouge, LA 70816 |
| 677 | ARAMARK (UNIFORMS)<br>PO BOX 7177<br>ROCKFORD IL 61126-7177 | 33,658.53 | 611.28 | 215 18th Ave, Rockford, IL 61104 |
| 803 | LIBERTY MUTUAL INSURANCE GROUP<br>PO BOX 7202<br>IMS FINANCIAL OPERATIONS<br>PORTSMOUTH NH 03802 | 34,395.00 | 624.65 | 15 Rye St Ste 210, Portsmouth, NH 03801 |
| 900 | KRAFT FOODS INC<br>PO BOX 398<br>MEMPHIS TN 38101 | 4,150.00 | 75.37 | 5812 Distribution Dr, Memphis, TN 38141 |

**EXHIBIT "D"**
**UNRESPONSIVE**

| CLAIM # | NAME & ADDRESS OF CLAIMANT | CLAIM AMOUNT | DIVIDEND AMOUNT | OTHER KNOWN ADDRESS |
|---|---|---|---|---|
| 910 | BURDETTE-BECKMAN<br>5856 JOHNSON ST<br>HOLLYWOOD FL 33021 | 1,341.40 | 24.36 | 5851 Johnson St, Hollywood, FL 33021 |
| 928 | FORMERS OF HOUSTON,INC<br>3533 PRESTON RD<br>PASADENA TX 77505 | 994.55 | 18.06 | 3333 Watters Rd, Pasadena, TX 77504 |
| 973 | Medical Arts Clinic (Mercy Accounts Payable)<br>921 FOURTEENTH AVE NW<br>ARDMORE OK 73401 |  | 15.71 |  |
| 1000 | HILLTOP TRANSPORTATION, INC<br>805 CLEVELAND AVE<br>COLUMBUS OH 43201 | 3,515.00 | 63.84 | 1299 Boltonfield St, Columbus, OH 43228 |
| 1101 | THURMAN BRYANT ELECTRIC SUPPLY<br>PO BOX 11145<br>CHATTANOOGA TN 37401 | 3,074.18 | 55.83 | 309 W 21st St Chattanooga, TN 37408 |
| 1119 | INDUSTRIAL SPECIALTY CHEMICALS, INC<br>PO BOX 122<br>HAZEL CREST IL 60429 | 3,584.85 | 65.10 | 410 W 169th St, South Holland, IL 60473 |
| 1269 | J. B. HUNT<br>PO BOX 1067<br>CHARLOTTE NC 28201-1067 | 642.42 | 11.67 | 10720 Metromont Pkwy, Charlotte, NC 28269 |
| 1276 | CORTNEY P. KEASLER<br>8333 MIDDLE VALLEY RD<br>HIXSON TN 37343 | 187.64 | 2.33 | UNRESPONSIVE - CREDITOR REQUESTED DI MINIMIS AMOUNT TO BE SENT TO HIM. CREDITOR DID NOT CASH HIS CHECK. |
| 1404 | NIGHT HAWK SECURITY<br>PO BOX 26705<br>BIRMINGHAM AL 35260-0705 | 775.00 | 14.07 | 4342 Springhill Dr. Owensboro, KY 42303 |
|  |  |  | 1,043,587.02 |  |