**EXHIBIT "E"**

**SATISFIED CLAIMS/DI MINIMIS**

**FIED/DI MINIMIS**

| CLAIM # | NAME & ADDRESS OF CLAIMANT | CLAIM AMOUNT | DIVIDEND AMOUNT | REASON |
|---|---|---|---|---|
| 18 | CITY OF CHATTANOOGA<br>101 E. 11th ST. STE 102<br>CHATTANOOGA, TN 37402-4284 | 5,124.73 | 426.89 | SATISFIED - DI MINIMIS AMOUNT TO REDISTRIBUTE WOULD NOT RESULT IN A MEANINGFUL DISTRIBUTION TO CREDITORS |
| 1009 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 360.00 | 6.54 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| 1010 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 538.00 | 9.77 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| 1012 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 548.00 | 9.95 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| 1013 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 550.00 | 9.99 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| 1014 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 60.00 | 1.09 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| 1015 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 45.00 | 0.82 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| 1016 | U. S. BANKRUPTCY COURT<br>C. KENNETH STILL,TRUSTEE<br>PO BOX 511<br>CHATTANOOGA TN 37401 | 868.00 | 15.76 | UNRESPONSIVE - CLAIMS ARE FOR CASES THAT ARE CLOSED. AMOUNTS DI MINIMIS |
| KCC575 | Pinellas County Utilities<br>315 Court St., 6th Floor<br>Clearwater, FL 33756 | 2,578.52 | 46.83 | SATISFIED - DI MINIMIS AMOUNT TO REDISTRIBUTE WOULD NOT RESULT IN A MEANINGFUL DISTRIBUTION TO CREDITORS |
| N/A | UNITED STATES TREASURY | | 219.38 | REFUND OF PAYMENT ON TAX CLAIM - DI MINIMIS AMOUNT TO REDISTRIBUTE WOULD NOT RESULT IN A MEANINGFUL DISTRIBUTION TO CREDITORS |
| N/A | GOOGLE, INC. | | 0.31 | ACH DEPOSIT RECEIVED FROM GOOGLE, INC. ON 12/08/2020. THE TRUSTEE RETURNED THE FUNDS TO GOOGLE. GOOGLE DID NOT CASH THE REFUND CHECK. |
| | | | **747.33** | |