**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | | Bake-Line | Group, LLC |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number: 04-10104 (CSS)

FILED
2021 AUG -2 PM 1:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $1,734.19 |
| Claimant's Name: | Adams & Cohen, LLC as Assignee of Rodrick Diggs |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P O Box 24048<br>Jacksonville, FL 32241<br>Telephone: 904-204-9148<br>Email: admin@adamscohen.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Local Form 127

### 4. Notice to United States Attorney

- Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

    Office of the United States Attorney
    District of DELAWARE
    1313 N. Market Street
    Wilmington, Delaware 19801

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 26, 2021

_Signature of Applicant_

JAIRO CAMARGO FOR ADAMS & COHEN, LLC
Printed Name of Applicant

Address: Adams & Cohen, LLC
P O Box 24048
Jacksonville, FL 32241

Telephone: 904-204-9148

Email: admin@adamscohen.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

### 6. Notarization

STATE OF Florida

COUNTY OF Duval

This Application for Unclaimed Funds, dated July 26, 2021 was subscribed and sworn to before me this 26th day of July, 20 21 by

Jairo Camargo

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

Oslenys B Alba
Comm. # GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

### 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Bake-Line Group, LLC | ) | Chapter: 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | Case No: 04-10104 CSS |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On <u>July 29, 2021</u>, an application was filed for the Claimant(s), <u>Adams & Cohen, LLC as Assignee of Rodrick Diggs,</u> for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ <u>1,734.19</u> held in unclaimed funds be made payable to <u>Adams & Cohen, LLC</u>

and be disbursed to the payee at the following address:
Adams & Cohen, LLC
P. O. Box 24048
Jacksonville, FL 32241

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

# ASSIGNMENT

This Assignment Agreement ("Agreement") is entered into on this ___ day of July, 2021 by and between **Rodrick D Diggs**, 557 Ashbury Lane Drive, Pearl, MS 39208 ("Assignor") and **Adams & Cohen, LLC**, a Florida Limited Liability Company, 841 Prudential Drive, Suite 1200, Jacksonville, FL 32207 ("Assignee").

1. Assignor is/ was a creditor in Bankruptcy Case # 04-10104 Debtor(s): Bake-Line Group, LLC and filed in the United States Bankruptcy Court of the District of Delaware ("Bankruptcy Case"). In his/ her capacity as creditor, Assignor was entitled to a distribution of funds in the amount of $1,734.19 ("Funds"), remittance was attempted by the Trustee at the Assignor's last known address. Such remittance was not negotiated, however, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee remitted the funds to the Clerk of the Court for payment on to the Registry of Unclaimed Funds. Such Funds are subject to withdrawal as provided by 28 U.S.C. 2042.

2. Rather than attempting to collect the Funds- and in an effort to both save the expense of such a collection, as well as to expedite the liquidating of their interest in the Funds- Assignor desires to legally assign his/ her interest in such Funds and Assignee desires to purchase and obtain such interest in the Funds. Therefore, with both parties being of sound mind, and operating in the manner in which they deem to be in their mutual best interest, Assignor shall convey all rights, title and interest that Assignor has in the Funds and the Claim which generated same, and Assignee shall purchase all rights, title and interest that Assignor has in the funds and such Claim as generated same.

3. For Good and valuable consideration, the Assignor does hereby irrevocably transfer and assign to Assignee and assigns, all of his/ her rights, title and interest to Assignee in reference to this Claim/ Funds.

4. **Consideration**: The consideration herein given by Assignee to Assignor shall be the sum of $1,155.89 which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved.

5. This assignment shall be deemed an absolute and unconditional assignment of Claim for the purpose of collection, satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Assignor hereby irrevocably appoints Assignee, Adams & Cohen, LLC, as its true and lawful attorney-in-fact to act in Assignor's stead with respect to the Claim/ Funds assigned.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEHEOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of this Agreement.

ASSIGNOR: Rodrick D Diggs                    ASSIGNEE: Jairo Camargo for Adams & Cohen, LLC

Signature: Rodrick D Diggs                    Signature: Jairo Camargo

On this ___ day of July, 2021. I, Jairo Camargo Certify that the preceding or attached document titled __Assignment Agreement__ ( 1 ) Page(s), is a true, accurate, complete redacted copy of the original being kept at 841 Prudential Drive, Suite 1200, Jacksonville, FL 32207.

Oslenys B Alba Notary Public State of Florida
My Commission expires: May 13, 2023

Oslenys B Alba
Comm. # GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

# ADAMS & COHEN

**841 Prudential Drive, Suite 1200**  
**Jacksonville, FL 32207-1105**  
**E-mail: admin@adamscohen.com**

Tel 904-204-9148  
Fax 888-978-2226

---

## NOTICE OF ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, **Rodrick Diggs** Adams, ("Assignor") hereby assigns, conveys, and transfers over and unto Adams & Cohen, LLC ("Assignee"), any and all of right, title and interest in and to the below reference claim/ funds:

The Assigned claim/ funds:

| | |
|---|---|
| Court: | U.S. Bankruptcy Court District of Delaware |
| Debtor(s); | Bake-Line Group, LLC |
| Case Number: | 04-10104 |
| Claim #: | 1063 |

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of: 07/23/2021

Signature: Rodrick Diggs

On this 26th day of July, 2021. I, Jairo Camargo Certify that the preceding or attached document titled Notice of Assignment ( 1 ) Page(s), is a true, accurate, complete Redacted copy of the original being kept at 841 Prudential Drive, Suite 1200, Jacksonville, FL 32207.

Oslenys Alba- Notary Public State of Florida  
My Commission expires: May 13, 2023

Oslenys B Alba  
Comm. # GG324795  
Expires: May 13, 2023  
Bonded Thru Aaron Notary

ACCREDITED BUSINESS    **A+ Rating**    State of Florida License: A9900096    adamscohen.com

# **AFFIDAVIT**

I, Rodrick Diggs, state the following:

That, I used to resided at 1008 Nevin Drive NW, Cleveland, TN 37311 for a short period of time with my in-laws.

I do not have any documentation with this address since I lived there approximately 18 years ago.

I hereby certify that the foregoing statement is true and correct under penalty of perjury.

_____
Rodrick Diggs

Case 04-10104-CSS    Doc 1047    Filed 08/02/21    Page 7 of 9



## Expanded Person Search

**Last Name:** diggs  **First Name:** Rodrick  **Exact First Name:** No  **Zip:** 39208

1 of 1 result(s).

**RODRICK D DIGGS**
show alias (2)
**SSN:** 587-59-XXXX
Issued in Mississippi, 1987
**DOB:** 10/22/1977 (43)

**Likely Current Address:** 557 ASBURY LANE DR, PEARL, MS, 39208  (RANKIN) (10/01/2005-Current)
**Last Seen Email Address:** RODRICKDIGGS@YAHOO.COM
**Last Seen IP Address:** 2601:3C7:8300:3F30:4D38:28A1:D354:1E5C
**Bankruptcies:** None Found
**Liens:** None Found
**Judgments:** None Found
**Foreclosures:** None Found
**Possible Criminal/Infractions:** Yes
**Business Affiliations:** None Found
**Professional Licenses:** None Found

**Address (County/Parish/Borough) History:**
557 ASBURY LANE DR, PEARL, MS, 39208  (RANKIN)
  (10/01/2005-Current)
102 HAYNES PL, CRYSTAL SPRINGS, MS, 39059  (COPIAH)
  (04/24/2015-03/01/2021)
8101 ZOE DR, OOLTEWAH, TN, 37363  (HAMILTON) 🏠
  (12/25/2004-12/31/2014)
7310 STANDIFER GAP RD APT 504, CHATTANOOGA, TN, 37421  (HAMILTON)
  (05/10/2003-02/28/2005)
1008 NEVIN DR NW, CLEVELAND, TN, 37311  (BRADLEY)
  (03/14/2003)
564 CYPRESS LN APT 801, GREENVILLE, MS, 38701  (WASHINGTON)
  (07/17/2002-12/25/2002)
2221 WOOD GLEN CV, GREENVILLE, MS, 38701  (WASHINGTON)
  (02/07/1995-02/28/2005)
1052 ALCORN DR, LORMAN, MS, 39096  (CLAIBORNE)

**Phone (Last Seen)**
C:601-941-6108 (05/09/2021)
CELLULAR SOUTH INC.
C:423-650-9417 (06/11/2012)
VERIZON WIRELESS-TN
C:423-290-9144 (04/01/2010)
VERIZON WIRELESS-TN
R:423-344-7351 (12/01/2009)
BELLSOUTH SO CNTL
R:601-664-0080 (06/01/2021)
BELLSOUTH SO CNTL
R:662-332-9421 (06/01/2021)
BELLSOUTH SO CNTL
U:662-334-6613 (06/01/2021)
BELLSOUTH SO CNTL
C:423-598-0547 (07/01/2016)
NEW CINGULAR WRLS GA

**Likely Relatives (R) and Associates (A):**
(R) -SHAVON DIGGS (43)
(R) -DOROTHY DIGGS (64)
(R) -HARRISON DIGGS (63)
(R) -SHELICA DIGGS (35)
(R) -TERRANCE DIGGS
(R) -TAMEKA KNIGHT (43)
(R) -DEVORA HAMILTON (66)
(R) -TERRANCE ROBINSON (36)
show more (9)

*PREVIOUS ADDRESS* [handwritten annotation]

# ADAMS & COHEN

**841 Prudential Drive, Suite 1200**  
**Jacksonville, FL 32207**  
**E-mail: admin@adamscohen.com**

**Tel 904-204-9148**  
**Fax 888-978-2226**

---

## CORPORATE POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I,

**Jairo Camargo, Managing Partner, and Sole Owner of Adams & Cohen, LLC**, acting on its behalf hereby state that as such, I am authorized to file applications, affidavits and or motions on behalf of **Adams & Cohen, LLC** for our clients who are seeking recovery of unclaimed, undistributed, or undelivered tenders of funds belonging to them held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this 26th day of July, 2021.

Corporate Seal

By_____  
Jairo Camargo

State/ Providence of __Florida__

The above-named __Jairo Camargo__ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____  
Oslenys B. Alba, Notary Public-State of Florida

Oslenys B Alba  
Comm. #GG324795  
Expires: May 13, 2023  
Bonded Thru Aaron Notary

---



**A+ Rating**    State of Florida License: A9900096

adamscohen.com

**2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L08000097952

Entity Name: ADAMS & COHEN, LLC

Current Principal Place of Business:

841 PRUDEMTIAL DRIVE
SUITE 1200
JACKSONVILLE, FL 32207

Current Mailing Address:

P.O. BOX 24048
JACKSONVILLE, FL 32241 US

FEI Number: 26-3552751

Name and Address of Current Registered Agent:

GORMAN, LENARD H ESQ.
9100 S. DADELAND BLVD.
10TH FLOOR
MIAMI, FL 33156 US

FILED
Apr 21, 2021
Secretary of State
6245534218CC

Certificate of Status Desired: No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LENARD H GORMAN                             04/21/2021
Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | CAMARGO, JAIRO |
| Address | P.O. BOX 24048 |
| City-State-Zip: | JACKSONVILLE FL 32241 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JAIRO CAMARGO                    MANAGING PARTNER    04/21/2021
Electronic Signature of Signing Authorized Person(s) Detail        Date