

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Mary Ann Alexander ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Bake-Line Group, LLC
Court: United States Bankruptcy Court - District of Delaware
Case Number: 04-10104-CSS
Chapter: 7
Claim # 1623P

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, September 14, 2021.

Mary Ann Alexander

*[signature]*
_____
Signature