**Fill in this Information to identify the case:**

Debtor 1: **Bake-Line Group, LLC**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Delaware

Case Number: 04-10104-CSS

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $3,178.27 |
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>(425) 836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

1 The Claimant is the party entitled to the unclaimed funds.
2 The Applicant is the party filing the application. The Applicant and Claimant may be the same.
3 The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Delaware
*1313 N. Market Street*
*Wilmington, DE 19801*

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 22, 2021

Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ____________________

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone: ____________________

Email: ____________________

**6. Notarization**
STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated September 22, 2021 was subscribed and sworn to before me this 22nd day of September, 2021 by Andrew T. Drake who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public:
Matthew Zettley

My commission expires: February 19, 2022

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

**6. Notarization**
STATE OF____________________

COUNTY OF____________________

This Application for Unclaimed Funds, dated ____________ was subscribed and sworn to before me this______day of______________, 20______by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public____________________

My commission expires:

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for District of Delaware
1313 N. Market Street
Wilmington, DE 19801

Names and addresses of all other parties served:

Bake-Line Group, LLC
Debtor
17 W. 220 22nd Street
Oakbrook Terrace, IL 60181

George L. Miller
Trustee
1628 John F. Kennedy Blvd. Suite 950
Philadelphia, PA 19103-2110

Mary Ann Alexander
Assignee
14001 Walter Estes Road
England, AR 72046

Laura Davis Jones
Debtors Attorney
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Mary Ann Alexander
Original Claimant
14001 Walter Estes Road
England, AR 72046

US Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

Date: September 22, 2021

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

**Explanation of Supporting Documentation**
**for**
**Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Mary Ann Alexander.

Mary Ann Alexander has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 9/22/2021 (Docket #1051).

Date: September 22, 2021

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

**Fill in this Information to identify the case:**

Debtor 1: **Bake-Line Group, LLC**
First Name / Middle Name / Last Name

Debtor 2
(Spouse, if filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Delaware

Case Number: 04-10104-CSS

NOTICE OF HEARING

Dilks & Knopik, LLC has filed a motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 11/17/2021 at 10:00 a.m.:

United States Bankruptcy Court
824 Market Street, 5th Floor, Courtroom #6
Wilmington, DE 19801

Objections are due on or before 11/10/2021

September 22, 2021

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# U.S. Courts Unclaimed Funds Locator

Home About

Court / DEB

Edit Search

| Case Number | 04-10104 | Page Total | $3,178.27 |
|---|---|---|---|
| Last/Business Name | Bake-line Group, Llc | First Name | |

Creditors | 1

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ✉ | DEB | Mary Ann Alexander | $3,178.27 |

Version 2.08e - © 2015-2021 US Courts - Collaboratively Developed Software (VAEB)
This site requires Microsoft Edge, Safari, Firefox, Google Chrome or IE 9+ (Compatibility Mode OFF)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| IN RE: Bake-Line Group, LLC Debtor(s) | CASE NO. 04-10104 (CSS) CHAPTER 7 **Objection Deadline: August 13, 2021 at 4:00 p.m.** **Hearing Date: September 15, 2021 at 11:15 a.m.** |
|---|---|

## MOTION TO DEPOSIT UNCLAIMED FUNDS

Pursuant to Federal Rule 3011, the Trustee in the above-captioned case hereby submits this Motion for permission to turn over to the Clerk of the Bankruptcy Court unclaimed dividends in the amount of $1,206,571.45.

## BACKGROUND

1. On September 22, 2020, the Trustee filed the Trustee's Final Report and Account of the Administration of the Estate (the "Final Report").

2. On October 28, 2020, the Court entered an Order approving the Final Report and authorizing the Trustee to distribute the funds in the Debtor's bankruptcy estate in accordance therewith, and the Trustee made the distribution to creditors in accordance with the Final Report.

3. The distribution included several checks made payable to various creditors (the "Claimants"). The checks were mailed to the addresses listed in the Final Report, which were the addresses provided in the Proofs of Claim filed by the Claimants.

4. The Claimants were listed in the Final Report; the Claimants did not object to the Final Report or to the addresses listed for distribution.

EXHIBIT "C"
CANNOT LOCATE

| CLAIM # | NAME & ADDRESS OF CLAIMANT | CLAIM AMOUNT | DIVIDEND AMOUNT | OTHER KNOWN NAME | OTHER KNOWN ADDRESS |
|---|---|---|---|---|---|
| 1204B | GODWIN & ASSOCIATES<br>5304 COSMOS CT<br>RALEIGH NC 27613 | 7,674.51 | 139.38 | N/A | |
| 1211B | TOMAS LAGUER<br>3806 KINGWOOD CIR<br>CHATTANOOGA TN 37412 | 1,080.00 | 738.18 | N/A | |
| 1233A | MARTIN VANN SMITH<br>2680 SHIPROCK CT<br>DELTONA FL 32738 | 15,960.66 | 289.86 | N/A | |
| 1259-2 | ROSA M. SALAS<br>318 NW 6TH AVE<br>NARIETTA OK 73448 | 1,680.00 | 1,148.28 | N/A | |
| 1261-1<br>1261-2 | JAMES M. MULHOLLAND<br>6430 PLAINVIEW RD<br>GURNEE IL 60031 | 3,178.27<br>1,171.52 | 3,199.55 | N/A | |
| 1262-B | CAROLYN THOMAS<br>716 E MAIN<br>ARDMORE OK 73401 | 413.20 | 282.42 | N/A | |
| 1273A<br>1273B | COREY OUSLEY<br>8823 THOMAS APT 133<br>SHERWOOD AR 72120 | 615.42<br>923.14 | 632.19 | N/A | |
| 1288B | PAM LIVINGSTON<br>4110 MTN CRK RD APT 32<br>CHATTANOOGA TN 37415 | 11,507.00 | 142.84 | N/A | |
| 1290B | ANGELA BURNETT<br>423 W 16TH ST<br>N LITTLE ROCK AR 72114 | 2,567.91 | 46.64 | N/A | |
| 1302B | STANLEY JACKSON<br>PO BOX 93<br>LEBANON OK 73440 | 705.53 | 482.23 | N/A | |
| 1344B | MALLET & CO INC<br>PO BOX 474<br>CARNEGIE PA 15106 | 2,890.08 | 52.49 | N/A | 1 N. Bell Ave.<br>Carnegie, PA 15106 |
| 1345B | BETTY LEMONS<br>1602 WASHINGTON PKWY<br>MARIETTA OK 73448 | 410.79 | 7.46 | N/A | |
| 1412B | CONNIE A. CONDRA<br>3012 EDGEWOOD DR<br>SIGNAL MOUNTAIN TN 37377 | 1,137.72 | 20.66 | N/A | |
| 1432B | ALVIN WOODARD<br>6327 BRICKHOUSE RD<br>CHATTANOOGA TN 37421 | 1,038.00 | 709.47 | N/A | |
| 1467B | TIMOTHY BOTH<br>1268 MASON ST<br>DEKALB IL 60115 | 420.00 | 287.07 | N/A | |
| 1526B | St. Paul Fire & Marine Insurance<br>Vatana Rosa Special Collections 5MN<br>One Tower Square<br>Hartford CT 06183 | 368,215.00 | 6,687.20 | N/A | |
| 15-2A<br>15-2B | AARON W. MCMILLION<br>4613 LAKEHAVEN DR<br>CHATTANOOGA TN 37416 | 431.54 | 404.05 | N/A | |
| 1530B | GEORGINA HINOJOSA<br>101 ELLIS DR APT #L<br>NORTH LITTLE ROCK AR 72205 | 434.23 | 296.79 | N/A | |
| 1532B | CANN BROKERAGE, INC.<br>PO BOX 351837<br>TOLEDO OH 43635-1837 | 16,949.13 | 307.82 | N/A | |
| 1612P | Tony M. Thurman, Jr.<br>10 PENNY LN<br>ALEXANDER AR 72002 | 4,650.00 | 3,178.27 | N/A | |
| 1623P | Mary Ann Alexander<br>14001 WALTER ESTES RD<br>ENGLAND AR 72046 | 4,650.00 | 3,178.27 | N/A | |
| 28, 73, 74 | MSC INDUSTRIAL SUPPLY<br>75 MAXESS RD<br>MELVILLE NY 11747 | 244.85<br>738.52<br>95.05 | 19.59 | N/A | |




5. Exhibit "A" represents Claimants that are deceased. The Trustee seeks to deposit $778.59 for Claimants that are deceased.

6. Exhibit "B" represents companies that, upon information and belief, the Trustee determined are closed. The Trustee seeks to deposit $26,945.53 for Claimants whose companies are closed.

7. Exhibit "C" represents Claimants the Trustee cannot locate after reasonable investigation. The Trustee seeks to deposit $134,512.98 for Claimants the Trustee cannot locate.

8. Exhibit "D" represents Claimants the Trustee has contacted and whose checks were received and not deposited by the Claimants. The Claimants have received at least two distribution checks each. The Trustee has requested the Claimants deposit the distribution checks and have failed to do so. The Trustee seeks to deposit $1,043,587.02 for Claimants who have failed to deposit their checks.

9. Exhibit "E" represents Claimants whose claims have been satisfied and the resulting redistribution of funds would result in di minimis amounts to Claimants. These funds would ultimately be deposited with the Court Registry. The Trustee seeks to deposit $747.33 representing all Claimants whose claims are satisfied.

    a. By way of further explanation, claims #1009, #1010, #1012, #1013, #1014, #1015, and #1016 were filed by C. Kenneth Still, Trustee, on behalf of various debtors who filed for bankruptcy in the Eastern District of Tennessee (the "Tennessee Bankruptcy Cases"). The distribution checks were sent to C. Kenneth Still's counsel.

**RELIEF REQUESTED**

10. The Trustee hereby requests that the Court enter an Order authorizing the deposit of the Unclaimed Funds, totaling $1,206,571.45 in the Court Registry.

11. Pursuant to Section 347 of the Bankruptcy Code, "[n]inety days after the final distribution under section 726, 1226, or 1326 of this title in a case under chapter 7, 12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28." 11 U.S.C. § 347.

12. Ninety days have passed since the Trustee made final distribution in this case and the Trustee has voided the Unclaimed Funds.

13. The Trustee believes that the Unclaimed Funds should be paid to the Court Registry at this time.

14. Pursuant to Federal Rule of Bankruptcy Procedure 7067(a), a Court Order must be entered before funds may be deposited with the Court.

15. In accordance with Federal Rule of Bankruptcy Procedure 3011, attached hereto as Exhibits A through E are lists of all known names and addresses for the Claimants to which the Unclaimed Funds were distributed.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order authorizing the deposit of Unclaimed Funds into the Court Registry and for such other and further relief as is just and proper.

Dated: July 23, 2021

*/s/ George L. Miller*

George L. Miller, Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
Tele: (215) 561-0950
Fax: (215) 561-0330



**CERTIFICATE OF LLC RESOLUTION**

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Jeffrey A Hudspeth and Andrew T. Drake, are hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 10 day of April, 2021.

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

[signature]
Brian J Dilks

Date: 4/10/21

Subscribed and sworn to me this 10th day of April 2021

Notary Signature: [signature]
Matthew Zettley

My Commission Expires: 2/19/22

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

[signature]
Caryn M Dilks f/k/a Caryn M Knopik

Date: 4/10/21

Subscribed and sworn to me this 10th day of April 2021

Notary Signature: [signature]
Matthew Zettley

My Commission Expires: 2/19/22



SOS
Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/07/2021
Effective Date: 05/07/2021
UBI #: 602 211 447

# Annual Report

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Expiration Date:
**06/30/2022**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2021050700288065 - 1
Received Date: 05/07/2021
Amount Received: $60.00





Dilks & Knopik
When Success Matters

**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilsknopik.com

www.dilksknopik.com

WA USA WASHINGTON
ENHANCED DRIVER LICENSE
4d LIC#
9 CLASS
DONOR
1 DILKS
2 BRIAN JACOB
3 DOB
4a ISS 05/03/2018
15 SEX M
16 HGT 5'-07"
12 RESTRICTIONS NONE
18 EYES BLU
17 WGT 150 lb
9a END NONE
4b EXP
5 DD
REV 01/06/2015
WASHINGTON
ENHANCED DRIVER LICENSE
4d LIC#
DONOR
1 DILKS
2 CARYN MARIE
3 DOB
4a Iss 11-15-2016
15 Sex F
16 Hgt 5-03
17 Wgt 115
18 Eyes BLU
9 Class
4b Exp
9a End NONE
12 Restrictions C
5 DD

Dilks & Knopik
When Success Matters
Caryn Knopik
Managing Member
35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com
www.dilksknopik.com

Dilks & Knopik
When Success Matters

**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com

WA USA WASHINGTON
DRIVER LICENSE
FEDERAL LIMITS APPLY
4d LIC#
9 CLASS
DONOR
1 HUDSPETH
2 JEFFREY ALLEN
3 DOB
4a ISS 10/05/2018
15 SEX M
16 HGT 5'-10"
12 RESTRICTIONS J
18 EYES BRO
17 WGT 170 lb
9a END L
4b EXP
5 DD
REV 09/04/2018
WA USA WASHINGTON
DRIVER LICENSE
FEDERAL LIMITS APPLY
4d LIC#
9 CLASS
1 DRAKE
2 ANDREW THOMSON
3 DOB
4a ISS 04/23/2020
15 SEX M
16 HGT 6'-03"
12 RESTRICTIONS B
18 EYES BRO
17 WGT 265 lb
9a END NONE
4b EXP
5 DD
REV 11/12/2019

Dilks & Knopik
When Success Matters
Andrew Drake
Vice President - Operations
35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com
BBB accredited since 2003
BBB
ACCREDITED BUSINESS

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

On this 22nd day of September, 2021. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2022

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of September 14, 2021 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Mary Ann Alexander with an address of 14001 Walter Estes Road, England AR 72046 (the "Assignor").

1. Assignor is/was a creditor in the case (04-10104-CSS) as filed in the District of Delaware (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $3,178.27 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum $[redacted] which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount prior to the claim/application/motion is submitted to court. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to [redacted]% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: ______________________ Assignee: ______________________
Mary Ann Alexander — Dilks & Knopik, LLC
Brian J Dilks – Authorized Signatory



**NOTICE OF ASSIGNMENT**

For good and valuable consideration, the undersigned, Mary Ann Alexander ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Bake-Line Group, LLC
Court: United States Bankruptcy Court - District of Delaware
Case Number: 04-10104-CSS
Chapter: 7
Claim # 1623P

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, September 14, 2021.

Mary Ann Alexander

Signature

Photo ID

Address Proof



AO 213P (9/19)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form.
***Vendors providing goods and services must use the AO 213 form.***

**Part 1 Payee Information**

Line 1. Payee Name: Dilks and Knopik LLC

Line 2. Additional payee information: *(if applicable)* as assignee to Mary Ann Alexander

**Part 2 Business Name** ***(if different from above)***

**Part 3** **Enter your TIN in the appropriate box.**
The TIN provided must match the name given in Part 1, Line 1.
*Enter only an EIN or SSN - NOT BOTH.*

EIN: [redacted] 9 8 5 1

SSN: - -

**Part 4 Select the appropriate box below for U.S. tax classification for person or entity listed in Part 1, Line 1.**

☐ Individual or single member LLC ☐ Corporation *(Payments related to attorneys' fees or gross proceeds paid to attorneys)*

☑ LLC (Except single member) ☐ Partnership

*(Select one:)* ☐ C Corp ☑ S Corp ☐ Partnership ☐ Trust/Estate ☐ Other: ______

**Part 5 Mailing Address**

Street address: 35308 SE Center Street

City: Snoqualmie State: WA Zip code: 98065

Point of Contact *(if different from Part 1, Line 1 above)* Name: Brian Dilks or Andrew Drake

Phone #: (425) 836-5728 Email Address: admin@dilksknopik.com

**Part 6 Electronic Funds Transfer (EFT) Information** ***(OPTIONAL)***

Owner(s) name as it appears on bank account: Dilks & Knopik

Bank Name: [redacted] Routing #: *(Must contain 9 digits)* [redacted]

Payee must select an account type: *(Select one)* ☒ *Checking* ☐ *Savings*

Account Number: *(do not include check number)* [redacted]

**Part 7 Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: [signature] Date: 9/20/21

**For Judiciary Use Only**

Select those boxes that apply: ☐ Addition ☐ Change Vendor Code: ______
☐ Active ☐ Inactive Vendor Type: ______
*(Trustee or Vendor)*

Vendor Administrators: Attach this form to the JIFMS MANL document. This form can also be submitted, subject to separation of duties requirements, via HEAT at: https://nsms.ao.dcn. The service request can be found under Financial Management Services> JIFMS Vendor Additions or Updates. For FAS4T users (CCAM only), send this form to the local court vendor administrator. For questions regarding JIFMS and court FAS4T, please contact the National Support Desk at (210) 536-5000. This form should be completed including the vendor's signature and submitted by Judiciary staff only.

***Sensitive information must be securely maintained and only visible to designated staff.***