# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Bake–Line Group, LLC | |
| 17 W. 220 22nd Street | |
| Oakbrook Terrace, IL 60181 | |
| **EIN:** 04–3641930 | **Case No.:** 04–10104–CSS |
| Biscuit Acquisition LLC | |

### NOTICE OF HEARING

JM Partners LLC, Assignee has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 1/18/2024 at 2:30 pm. Objections are due on or before 1/11/24 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 12/13/23

(VAN–455)