# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 12/13/2023
Case: 04−10104−CSS     Form ID: van455     Total: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | George L. Miller | gmiller@mctllp.com |
| aty | Christopher Martin Winter | cmwinter@duanemorris.com |
| aty | Cory P. Stephenson | cstephenson@bk−legal.com |
| aty | David M. Klauder | dklauder@bk−legal.com |
| aty | Juliet M. Sarkessian | juliet.m.sarkessian@usdoj.gov |
| aty | Laura Davis Jones | ljones@pszjlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Bake−Line Group, LLC | 17 W. 220 22nd Street | Oakbrook Terrace, IL 60181 | |
| intp | JM Partners LLC | 6800 Paragon Place, Ste 202 | Richmond, VA 23230 | |
| aty | Christopher James Lhulier | Pachulski Stang Ziehl Young Jones & Wein | 919 N. Market Street, 17th Floor | Wilmington, DE 19899−8705 |

TOTAL: 3