IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| BAKE-LINE GROUP, LLC, et al., | ) Case No. No. 04-10104 |
| Debtors. | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Clearwater Recovery Partners LLP** | **GSC Partners CDO Fund III, Limited** |

Name and Address where notices to transferee should be sent:

Clearwater Recovery Partners LLP
PO Box 841951
Boston
MA 02284-1951
USA

Tel: +1 973 954 4505
Email: ops@clearwaterllp.com

Court Claim # (if known): 290
Amount of Claim: $15,526,614.58
Date Claim Filed: 05/05/04

Gerald C. Bender, Esq.
Stroock Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
USA

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 3 April 2024
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

US_ACTIVE\126549788\V-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BAKE-LINE GROUP, LLC, et al., | ) |
| | ) Case No. 04-10104 |
| Debtors. | ) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 290 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 3, 2024.

| Name of Alleged Transferor: | Name of Transferee: |
|---|---|
| GSC Partners CDO Fund III, Limited | Clearwater Recovery Partners LLP |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| Gerald C. Bender, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>USA | Clearwater Recovery Partners LLP<br>PO Box 841951<br>Boston<br>MA 02284-1951<br>USA |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____

**CLERK OF THE COURT**

Local Form 138A

842388-WILSR01A - MSW
US_ACTIVE\126563823\V-1