IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bake Line Group, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 04-10104-CSS |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 23, 2024 at 2:00 P.M.**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT [WWW.DEB.USCOURTS.GOV](WWW.DEB.USCOURTS.GOV) OR CLICK THE BELOW LINK:**
>
> **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**MATTERS WITH CERTIFICATION OF NO OBJECTION FILED:**

1. Application for Payment of Unclaimed Funds [Docket No. 1220; Filed September 24, 2024].

2. Motion of Clearwater Recovery Partners LLP for Authority to File Under Seal an Exhibit to the Application for Payment of Unclaimed Funds [Docket No. 1221; Filed September 24, 2024].

    Related Pleadings:

    A. *Notice of Hearing on Motion of Clearwater Recovery Partners LLP for Authority to File Under Seal an Exhibit to the Application for Payment of Unclaimed Funds and Application for Payment of*

*Unclaimed Funds* [Docket No. 1222; Filed October 8, 2024].

    B.    *Certificate of No Objection Regarding (I) Application for Payment of Unclaimed Funds and (II) Motion of Clearwater Recovery Partners LLP for Authority to File Under Seal an Exhibit to the Application for Payment of Unclaimed Funds* [Docket No. 1223; Filed October 17, 2024].

Response Deadline: October 16, 2024

Response Received: None

Status: A Certification of No Objection has been filed. These matters are going forward only if the Court has questions.

| | |
|---|---|
| Dated: October 22, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Matthew G. Summers*<br>Matthew G. Summers (No. 5533)<br>Margaret A. Vesper (No. 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4428<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>           vesperm@ballardspahr.com<br><br>*Counsel to Clearwater Recovery Partners LLP* |