# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Bake−Line Group, LLC | **Chapter:** 7 |
| **EIN:** 04−3641930<br>Biscuit Acquisition LLC | **Case No.:** 04−10104−CSS |
| | Claim No.* (if known): 290<br>Amount (if known): $15,526,614.58 |

**NOTICE OF TRANSFER OF CLAIM**

To The Financial Secretary, as authorized delegate Claimant/Transferor:

YOU ARE HEREBY NOTIFIED that on 11/8/24, a Transfer of Claim was filed with this Court purporting to transfer to Clearwater Recovery Partners LLP, Transferee, a claim previously filed by you.

Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Transferee<br><br>Clearwater Recovery Partners LLP<br>PO Box 841951<br>Boston, MA 02284 |

Dated: 11/16/24

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:                                                                                     Case No. 04-10104-CSS
Bake-Line Group, LLC                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                          Page 1 of 7
Date Rcvd: Nov 14, 2024                Form ID: trclaim                Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | The Financial Secretary, as authorized delegate, of the Minister of Finance, The Cayman Islands Government, Ministry of Finance & Economic Developme, GeorgeTn,GrandCayma, KY19000 GRAND CAYMON |
| 1378484 | + | GSC partners CDO Fund II LP, Gerald C Bender Esq, Stroock Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley B. Stitzer | on behalf of Defendant Old Dominion Freight Line Inc. astitzer@macelree.com |
| Bradford J. Sandler | on behalf of Defendant Tamming Foods Ltd. bsandler@pszjlaw.com, abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Defendant Lance Mfg. LLC bsandler@pszjlaw.com abates@pszjlaw.com |
| Brian Jacob Dilks | cmecf@dilksknopik.com |
| Charles J. Brown, III | on behalf of Defendant Lake City Logistics Inc. cbrown@gsbblaw.com |

District/off: 0311-1 | User: admin | Page 2 of 7
Date Rcvd: Nov 14, 2024 | Form ID: trclaim | Total Noticed: 2

| | |
|---|---|
| Charles J. Brown, III | on behalf of Defendant Packaging Products Corporation cbrown@gsbblaw.com |
| Christina M. Thompson | on behalf of Defendant Univar USA Inc. cthompson@connollygallagher.com |
| Christina M. Thompson | on behalf of Defendant Kraft Foods Inc. dba Nabisco Brands cthompson@connollygallagher.com |
| Christopher Martin Winter | on behalf of Debtor Bake-Line Group LLC cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Plaintiff Montague S. Claybrook Chapter 7 Trustee for Bake-Line Group, LLC cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Interested Party Duane Morris LLP cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Trustee Montague S. Claybrook Chapter 7 Trustee cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Plaintiff Montague S. Claybrook Chapter 7 Trustee for Bake-Line Group, LLC, et al. cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Plaintiff Montague S. Claybrook Chapter 7 Trustee cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Plaintiff Montague Claybrook-Chapter 7 Trustee cwinter@mnat.com |
| Christopher Martin Winter | on behalf of Plaintiff Montague S. Claybrook Chapter 7 Trustee for the Bankruptcy Estates of Bake-Line Group, LLC, et al. cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Spec. Counsel ASK LLP cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Counter-Defendant Montague S. Claybrook Chapter 7 Trustee for Bake-Line Group, LLC cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Plaintiff Montague Claybrook Chapter 7 Trustee cmwinter@duanemorris.com |
| Christopher Martin Winter | on behalf of Defendant Bake-Line Group LLC cmwinter@duanemorris.com |
| Cory P. Stephenson | on behalf of Trustee George L. Miller cstephenson@bk-legal.com |
| Curtis J Crowther | on behalf of Defendant Masson & Company LLC ccrowther@rc.com, amerkey@rc.com |
| Curtis S. Miller | on behalf of Defendant The Mennel Milling Company csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Daniel J. DeFranceschi | on behalf of Interested Party GEOSOR CORPORATION defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel P. Mazo | on behalf of Defendant FMC Corporation dpmazo@verizon.net RSZ@CURTINHEEFNER.COM |
| David M. Klauder | on behalf of Accountant Miller Coffey Tate LLP dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Attorney Bielli & Klauder LLC dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Trustee George L. Miller dklauder@bk-legal.com DE17@ecfcbis.com |
| David M. Klauder | on behalf of Plaintiff George L. Miller dklauder@bk-legal.com DE17@ecfcbis.com |
| Eric M. Andersen | on behalf of Creditor Engineered Mechanical Systems Inc. eric@andersensleater.com |
| Eric M. Andersen | on behalf of Defendant Engineered Mechanical Systems a/k/a Engineered Mechanical Services eric@andersensleater.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 7 |
| Date Rcvd: Nov 14, 2024 | Form ID: trclaim | Total Noticed: 2 |

Eric M. Andersen
    on behalf of Counter-Claimant Engineered Mechanical Systems a/k/a Engineered Mechanical Services eric@andersensleater.com

Erika Yvonne Tross
    on behalf of Defendant The Mennel Milling Company etross@mnat.com

Evelyn J. Meltzer
    on behalf of Defendant Lockton Companies Inc. Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

George L. Miller
    gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

Gerald John Hager
    on behalf of Interested Party Gerald J Hager GHager@margolisedelstein.com nvangorder@margolisedelstein.com

Gerald John Hager
    on behalf of Creditor Robert J. Young Company GHager@margolisedelstein.com nvangorder@margolisedelstein.com

GianClaudio Finizio
    on behalf of Creditor Custom Banking Company gfinizio@bayardlaw.com bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio
    on behalf of Interested Party Custom Baking Company gfinizio@bayardlaw.com bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor
    on behalf of Defendant Cello-Wrap Printing Company Inc. gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen
    on behalf of Creditor CHEP USA hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Ian Connor Bifferato
    on behalf of Interested Party International Union of Operating Engineers Local 95 and Bakers Confectionary Tobacco Workers and Grain Millers International Union Local 12 cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
    on behalf of Mediator Ian Connor Bifferato cbifferato@bifferato.com mstewart@tbf.legal;mferraro@tbf.legal

James E O'Neill
    on behalf of Defendant Pachulski Stang, Ziehl, Young, Jones & Weintraub LLP joneill@pszjlaw.com, efile1@pszjlaw.com

James E. Huggett
    on behalf of Defendant Oneok Inc., a/k/a Oneok Energy Marketing, a/k/a Oklahoma Natural Gas Company jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
    on behalf of Defendant Marshall Sales jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James Howard Burshtyn
    on behalf of Creditor Texas Comptroller of Public Accounts james.burshtyn@oag.state.tx.us bk-jburshtyn.oagpo4.ocs@oag.state.tx.us

James J Niemeier
    on behalf of Interested Party ConAgra Foods Inc. jniemeier@mcgrathnorth.com

Jami B. Nimeroff
    on behalf of Creditor Blue Cross Blue Shield of Illinois a Division of Health Care Service Corporation jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason W. Staib
    on behalf of Defendant UGI Energy Services Inc. staib@blankrome.com, senese@blankrome.com

Jeffrey C. Wisler
    on behalf of Defendant Consolidated Foods Inc. jwisler@connollygallagher.com

Jeffrey R. Waxman
    on behalf of Defendant Daymon Associates Inc., a/k/a Daymon Worldwide, Inc. jwaxman@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Jennifer Lee Scoliard
    on behalf of Defendant Job Express Inc. f/k/a Job Express of Wisconsin, Inc. jscoliard@msn.com

Jeremy William Ryan
    on behalf of Defendant Kellogg Sales Company and Keebler Company jryan@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 7 |
| Date Rcvd: Nov 14, 2024 | Form ID: trclaim | Total Noticed: 2 |

Jeremy William Ryan
    on behalf of Defendant Rock-Tenn Company jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
    on behalf of Defendant Vantage Logistics  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Jeremy William Ryan
    on behalf of Defendant Lagrou Distribution System  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

John D. Demmy
    on behalf of Defendant Center Point Energy Inc. f/k/a Reliant Energy, Incorporated john.demmy@saul.com,
robyn.warren@saul.com

John D. Demmy
    on behalf of Creditor Dominion Peoples john.demmy@saul.com  robyn.warren@saul.com

John Merrill Whitlock
    on behalf of Defendant Machinery and Equipment Loan Fund aka MELF jwhitlock@state.pa.us  jwhitloc@comcast.net

John R. Weaver, Jr.
    on behalf of Creditor CitiCapital Trailer Rental  Inc. jrweaverlaw@verizon.net,
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Defendant Citicorp Del-Lease Inc. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Creditor Citicorp Vendor Finance  Inc. jrweaverlaw@verizon.net,
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Creditor Citicorp Del-Lease  Inc. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Creditor CitiCapital Technology Finance  Inc. jrweaverlaw@verizon.net,
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John V. Fiorella
    on behalf of Defendant Barry Callebaut USA  Inc. jfiorella@archerlaw.com,
mfriedman@archerlaw.com;dcarickhoff@archerlaw.com

Juliet M. Sarkessian
    on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Katharine L. Mayer
    on behalf of Defendant The Hain Celestial group  Inc. kmayer@mccarter.com

Katharine L. Mayer
    on behalf of Interested Party Oakbrook Terrace Atrium kmayer@mccarter.com

Kathleen M. Miller
    on behalf of Defendant Alliant Energy Corporation kmiller@skjlaw.com  llb@skjlaw.com

Kathleen M. Miller
    on behalf of Defendant Mac Source LLC kmiller@skjlaw.com, llb@skjlaw.com

Kathryn D. Sallie
    on behalf of Defendant Cox Refrigerated Express  Inc. bankserve@bayardlaw.com, ksallie@bayardlaw.com

Kevin J. Mangan
    on behalf of Defendant Oasis Staffing  Inc. kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin J. Mangan
    on behalf of Defendant Aramark Uniform & Career Apparel  Inc. kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com

Kimberly Ellen Connolly Lawson
    on behalf of Creditor Regional Industrial Development Corporation of Southwestern Pennsylvania kimlawson@raslg.com
bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Defendant Pliant Corporation kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Laura Davis Jones
    on behalf of Debtor Bake-Line Group  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
    on behalf of Debtor Bake-Line Holdings  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Case 04-10104-CSS    Doc 1247    Filed 11/16/24    Page 6 of 8

| District/off: 0311-1 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: trclaim | Total Noticed: 2 |

Laura Davis Jones
    on behalf of Debtor Atlantic Baking Group  Inc. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
    on behalf of Debtor J.A. Real Properties  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Linda Marie Carmichael
    on behalf of Defendant C.P. Converters  Inc. d/b/a C-P Flexible Packaging carmichaell@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Lorraine S. McGowen
    on behalf of Defendant GEOSOR CORPORATION lmcgowen@orrick.com  aenglund@orrick.com

Marc J. Phillips
    on behalf of Defendant Consolidated Foods  Inc. mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

Marcos Alexis Ramos
    on behalf of Defendant Archer-Daniels Midland Company ramos@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marcos Alexis Ramos
    on behalf of Defendant PricewaterhouseCoopersLLP ramos@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marianne Oliver
    on behalf of Interested Party Baker and Confectionery Union moliver@lawgcl.com

Mark Minuti
    on behalf of Defendant John B. Sanfilippo & Son  Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark W. Eckard
    on behalf of Defendant Pliant Corporation meckard@raineslaw.com  sshidner@raineslaw.com

Mary F. Caloway
    on behalf of Creditor Mallet's Gateway mcaloway@pszjlaw.com

Matthew G. Summers
    on behalf of Creditor Clearwater Recovery Partners LLP summersm@ballardspahr.com hartlt@ballardspahr.com;carolod@ballardspahr.com

Matthew Michael Carucci
    on behalf of Plaintiff Montague S. Claybrook  Chapter 7 Trustee mcarucci@cdilegal.com

Matthew Michael Carucci
    on behalf of Plaintiff Montague Claybrook  Chapter 7 Trustee mcarucci@cdilegal.com

Matthew Michael Carucci
    on behalf of Plaintiff Montague Claybrook-Chapter 7 Trustee mcarucci@cdilegal.com

Michael Singer
    on behalf of Creditor Argo Partners courts@argopartners.net

Michael R. Lastowski
    on behalf of Plaintiff Montague Claybrook  Chapter 7 Trustee mlastowski@duanemorris.com

Michael R. Lastowski
    on behalf of Plaintiff Montague S. Claybrook  Chapter 7 Trustee for Bake-Line Group, LLC, et al. mlastowski@duanemorris.com

Michael R. Lastowski
    on behalf of Plaintiff Montague S. Claybrook  Chapter 7 Trustee mlastowski@duanemorris.com

Michael R. Lastowski
    on behalf of Interested Party Duane Morris LLP mlastowski@duanemorris.com

Michael R. Lastowski
    on behalf of Plaintiff Montague S. Claybrook  Chapter 7 Trustee for the Bankruptcy Estates of Bake-Line Group, LLC, et al. mlastowski@duanemorris.com

Michael R. Lastowski
    on behalf of Plaintiff Montague Claybrook-Chapter 7 Trustee mlastowski@duanemorris.com

Michael R. Lastowski
    on behalf of Interested Party Montague S. Claybrook mlastowski@duanemorris.com

Norman M. Monhait
    on behalf of Creditor BLOMMER CHOCOLATE COMPANY nmonhait@reidcollins.com

Paul J. Dougherty III
    on behalf of Creditor GENERAL ELECTRIC CAPITAL CORPORATION pdoug@gebsmith.com

Paul N. Heath
    on behalf of Interested Party GEOSOR CORPORATION heath@rlf.com  RBGroup@rlf.com

Paul Noble Heath

Case 04-10104-CSS    Doc 1247    Filed 11/16/24    Page 7 of 8

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 7 |
| Date Rcvd: Nov 14, 2024 | Form ID: trclaim | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Interested Party GEOSOR CORPORATION heath@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Peter James Duhig | |
| | on behalf of Creditor Mallet's Gateway pduhig@mcguirewoods.com mreed@mcguirewoods.com,hejones@mcguirewoods.com |
| Peter Jonathon Young | |
| | on behalf of Defendant John B. Sanfilippo & Son Inc. pyoung@proskauer.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Richard W. Riley | |
| | on behalf of Plaintiff Montague S. Claybrook Chapter 7 Trustee for the Bankruptcy Estates of Bake-Line Group, LLC, et al. rwriley@duanemorris.com, clano@wtplaw.com |
| Robert Szwajkos | |
| | on behalf of Counter-Claimant FMC Corporation rsz@curtinheefner.com |
| Robert D. Wilcox | |
| | on behalf of Defendant Bender-Goodman Co. Inc. rdwilcox@bmdpl.com |
| Roger D Anderson | |
| | on behalf of Defendant Reynolds Food Packaging randerson@skjlaw.com |
| Scott D. Cousins | |
| | on behalf of Interested Party Montague S. Claybrook scott.cousins@cousins-law.com |
| Sergio I. Scuteri | |
| | on behalf of Interested Party Citicorp sscuteri@capehart.com |
| Shannon Dougherty Humiston | |
| | on behalf of Trustee George L. Miller shumiston@mccarter.com |
| Shannon Dougherty Humiston | |
| | on behalf of Plaintiff George L. Miller shumiston@mccarter.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stephanie Ann Fox | |
| | on behalf of Defendant Job Express Inc. f/k/a Job Express of Wisconsin, Inc. sfox@klehr.com, mruddy@klehr.com |
| Stephen Kent Dexter | |
| | on behalf of Defendant Danisco USA Inc. stephen.Dexter@lathropgpm.com charlene.huffman@lathropgpm.com |
| Tanya E. Pino | |
| | on behalf of Interested Party Topco Associates LLC tepino@prickett.com |
| Tara L. Lattomus | |
| | on behalf of Attorney Tara L. Lattomus delawarebankruptcy@eckertseamans.com tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com |
| Thomas Charles Martin | |
| | on behalf of Creditor IUOE Local #95 tmartin@foxrothschild.com |
| Thomas Charles Martin | |
| | on behalf of Creditor BCTGM Local #12 tmartin@foxrothschild.com |
| Thomas D. Walsh | |
| | on behalf of Defendant Danisco USA Inc. twalsh@sha-llc.com |
| Thomas G. Whalen Jr. | |
| | on behalf of Defendant International Business Machines Corporation aka IBM Corporation tgw@stevenslee.com |
| Thomas M. Horan | |
| | on behalf of Interested Party Montague S. Claybrook thoran@cozen.com sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com |
| Tobey M. Daluz | |
| | on behalf of Plaintiff The Amalgamated Sugar Company LLC daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| Tobey M. Daluz | |
| | on behalf of Creditor The Amalgamated Sugar Company LLC daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | |
| | on behalf of Interested Party Montague S. Claybrook whazeltine@sha-llc.com |
| William D. Sullivan | |
| | on behalf of Interested Party Montague S. Claybrook wdsecfnotices@sha-llc.com |

| District/off: 0311-1 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: trclaim | Total Noticed: 2 |

William F. Taylor
    on behalf of Plaintiff Montague S. Claybrook  Chapter 7 Trustee for the Bankruptcy Estates of Bake-Line Group, LLC, et al. bankdel@comcast.net, bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Defendant Danisco USA Inc. bankdel@comcast.net  bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Defendant The Hain Celestial group  Inc. bankdel@comcast.net, bankruptcydel@mccarter.com

William F. Taylor, Jr., Jr
    on behalf of Defendant Danisco USA Inc. wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William M. Kelleher
    on behalf of Defendant Amalgamated Sugar Company LLC bkelleher@gfmlaw.com

William Pierce Bowden
    on behalf of Interested Party GSC Partners CDO Fund  Limited, GSC Partners CDO Fund II, Limited, GSC Partners CDO Fund III, Limited wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

TOTAL: 137